### Truman Baldwin vs. Alvin H. Tillson.

The rule that a party can not stipulate a second time does not apply, where the first stipulation has been performed.

*Motion by defendant for judgment as in case of non-suit.*—Issue was joined in this cause, Oct. 28, 1842. The cause was tried at the circuit in and for Otsego county, in September, 1843, the plaintiff having previously stipulated to try at that circuit. A case was made for a new trial, which was argued at July term, 1844, and decided by this court at a subsequent term, (not stated by the papers,) motion for a new trial granted. A circuit was held in Otsego county in April last, (being the first after the decision) at which plaintiff did not notice the cause for trial, but served defendant's attorney with a stipulation to try at the next circuit. It was insisted by defendant's counsel, that the plaintiff could not stipulate a second time under the rule as a matter of course.

S. S. Bowne, *Defts Counsel.*    L. S. Chatfield, *Defts Atty.*
N. Hill, Jr., *Plffs Counsel.*    H. Bennett, *Plffs Atty.*

Jewett, Justice.—The rule that a party can not stipulate a second time as a matter of course, does not apply to a case of this kind, here the first stipulation had been fully performed, the cause was tried under it. The plaintiff therefore had a right to stipulate again.

*Decision.*—Motion denied with costs.